UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**YUSUF BROWN,**

    **Plaintiff,**

  v.                          Case No. 2:10-cv-822
                               JUDGE GREGORY L. FROST
                               Magistrate Judge E.A. Preston Deavers

**WARDEN ROSS CORRECTIONAL
INSTITUTION, et al.,**

    **Defendants.**

## ORDER

This matter is before the Court for consideration of the United States Magistrate Judge's December 1, 2011 Report and Recommendation. (ECF No. 111.) The Magistrate Judge recommended that the Court deny Plaintiff's Motion for Class Certification and Appointment of Class Counsel. (ECF No. 85.)

The Report and Recommendation specifically advises Plaintiff that the failure to object to the Report and Recommendation within fourteen days of the Report results in a "waiver of the right to *de novo* review . . . by the District Judge and waiver of the right to appeal the judgment of the District Court." (ECF No. 111, at 4.) The time period for filing objections to the Report and Recommendation has expired. Plaintiff has not objected to the Report and Recommendation.

The Court has reviewed the Report and Recommendation. Noting that no objections have been filed and that the time for filing such objections has expired, the Court **ADOPTS** the Report and Recommendation. (ECF No. 111.) Accordingly, the Court **DENIES** Plaintiff's

Motion for Class Certification and Appointment of Class Counsel.  (ECF No. 85.)

**IT IS SO ORDERED.**

   /s/   Gregory L. Frost
**GREGORY L. FROST**
**UNITED STATES DISTRICT JUDGE**